# ORDER UNSEALING INDICTMENT

Case Number: 11-4004-02-CR-C-FJG

A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law.

\_Matt Whitworth\_\_
U.S. Magistrate Judge

\_2/7/11_____
Date